UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XAVIER MICHAEL MAGANA,

                Petitioner,

v.

RONALD HAYNES.,

                Respondent.

Case No. C22-5682-LK-TLF

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 4. Plaintiff does not appear to have the funds available to afford the $5.00 Court filing fee. Accordingly, plaintiff's application to proceed IFP is GRANTED. Dkt. 1. The Clerk is directed to file petitioner's habeas corpus petition (Dkt. 1) without the prepayment of fees.

The Clerk is directed to send copies of this order to the parties and to the Honorable Judge Lauren King.

Dated this 19th day of October, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1