UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| XAVIER MICHAEL MAGANA,<br><br>                Petitioner,<br>v.<br><br>RONALD HAYNES,<br><br>                Respondent. | Case No. 3:22-cv-05682-LK-TLF<br><br>ORDER NOTING MOTION TO STAY AND DIRECTING RESPONSE |

This matter is before the Court on petitioner's motion to stay, which is currently docketed as a proposed motion without a noting date. Dkt. 5. The Clerk is directed to note the motion for December 2, 2022. Respondent shall respond to the motion on or before November 28, 2022 and petitioner may reply on or before December 2, 2022.

Dated this 15th day of November, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge