1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

XAVIER MICHAEL MAGANA,

7

Petitioner,

8

v.

9

RONALD HAYNES,

10

Respondent.

Case No. C22-5682 LK-TLF

ORDER EXTENDING STAY AND
SETTING STATUS REPORT
DEADLINE

11

This matter comes before the Court on respondent's filing of a status report (Dkt. 19) as required by the Court's order staying this matter (Dkt. 16).

12
13

The Court granted petitioner's unopposed motion for a stay because the parties agreed ongoing proceedings in petitioner's state court matter could render moot the issues presented in petitioner's federal habeas petition. Dkt. 13. The Court extended the stay because petitioner's personal restraint petition remained pending in the court of appeals. Dkt. 15. Respondent reports that petitioner's state proceedings remain pending in the court of appeals and Washington supreme court. Dkt. 19. Accordingly, the Court concludes that the stay should be extended.

14
15
16
17
18
19

The Court ORDERS as follows:

20

1. This matter continues to be stayed;

21

2. Respondent shall file a status report on or before **August 4, 2023**.

22
23
24
25

1    Dated this 16th day of May, 2023.

2

3

4    Theresa L. Fricke
     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25