UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

XAVIER MICHAEL MAGANA,

          Petitioner,

v.

RONALD HAYNES,

          Respondent.

Case No. 3:22-cv-05682-LK-TLF

ORDER EXTENDING STAY AND SETTING STATUS REPORT DEADLINE

This matter comes before the Court on respondent's status report (Dkt. 31) as required by the Court's order staying this matter (Dkt. 13).

The Court granted petitioner's unopposed motion for a stay -- ongoing proceedings in petitioner's state court matter might cause the issues presented in petitioner's federal habeas petition to become moot. Dkt. 13. Respondent reports that petitioner's personal restraint petition remains pending in the state court. Dkt. 31. Accordingly, the Court concludes that the stay should be extended.

The Court ORDERS as follows:

1. This matter continues to be stayed;

2. Respondent shall file a status report on or before **January 3, 2025**.

Dated this 4th day of November, 2024.

*Theresa L. Fricke* (signature)

Theresa L. Fricke
United States Magistrate Judge